AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

AMANDA SCOWDEN )
*Plaintiff* )
v. ) Civil Action No. 3:16-cv-155
COMMISSIONER OF SOCIAL SECURITY )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment in favor of Plaintiff and against Defendant, reversing the Commissioner's decision that Plaintiff was not disabled and, therefore, not entitled to benefits under the Act, remanding the captioned cause to the Commissioner, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further proceedings.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for Report and Recommendations.

Date: 9/22/17

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*
Kaylin Atkinson